# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:** | **Case No. 3:26-bk-30391** |
| **Manjit Kaur Sandhu,** | **Chapter 7** |
| *Debtor.* | **Judge Tyson A. Crist** |

## NOTICE OF APPEARANCE FOR CREDITOR CENTRAL BANK & TRUST CO. AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for creditor Central Bank & Trust Co. ("Creditor") and herewith demands that all notices given or required to be given in this case be served upon the undersigned at the following address and telephone number:

> Paul T. Saba, Esq.
> SSP Law Co., L.P.A.
> 2623 Erie Avenue
> Cincinnati, Ohio 45208
> 513.533.2703
> 513.533.2999 (facsimile)
> pts@sspfirm.com

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and as contemplated by Sections 1109(b) and 102(1) of the Bankruptcy Code, the foregoing demand includes not only the notices referred to in the Rule and statutes specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted

by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in any way rights or interests of (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody or control of the Debtor, or (d) claims against the Debtor or the estate; (2) that seeks to require any act, payment, or other conduct by; or (3) that in any manner affect the rights of Creditor.

**PLEASE TAKE FURTHER NOTICE** that Creditor intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive: (1) the rights of Creditor to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the rights of Creditor to a trial by jury in any proceeding so triable in this case; (3) the right of Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated: March 5, 2026

Respectfully submitted,

*/s/ Paul T. Saba*
Paul T. Saba (0063723)
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
513.533.2703 // 513.533.2999 (facsimile)
pts@sspfirm.com
***Attorneys for Central Bank & Trust Co.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, a copy of the foregoing Notice of Appearance and Request for Service was served electronically through the Court's ECF System on all ECF participants at the e-mail address registered with the Court:

>/s/ *Paul T. Saba*
>Paul T. Saba (0063723)