Certificate Number: 13858-OHS-DE-040703343

Bankruptcy Case Number: 26-30391



13858-OHS-DE-040703343

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2026, at 2:05 o'clock PM EST, Manjit Kaur Sandhu completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:   March 7, 2026                    By:      /s/Ashley Dukate

Name:   Ashley Dukate

Title:   Counselor