**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Manjit Kaur Sandhu** | Social Security number or ITIN | **xxx–xx–1207** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court   **Southern District of Ohio**

Case number:   **3:26–bk–30391**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Manjit Kaur Sandhu

6/16/26

**By the court:** <u>Tyson A. Crist</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318          **Order of Discharge**          page 2

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                     Case No. 26-30391-tac

Manjit Kaur Sandhu                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-3                          User: admin                          Page 1 of 4

Date Rcvd: Jun 17, 2026                    Form ID: 318                      Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Manjit Kaur Sandhu, 4360 Taylorsville Rd., Dayton, OH 45424-2436 |
| 22052488 | | Big Sandy's /Synchrony Home, PO Box 71715, Philadelphia, PA 19176-1715 |
| 22052489 | + | Bricker Graydon LLP, 312 Walnut St, Ste 1800, Cincinnati, OH 45202-4060 |
| 22052499 | + | First Financial Bank, Client Services, Po Box 18127, Fairfield, OH 45018-0127 |
| 22052500 | + | Fleet One, 3102 West End Ave, Nashville, TN 37203-1301 |
| 22052501 | + | Fleet One Holdings LLC, PO Box 630038, Cincinnati, OH 45263-0038 |
| 22052512 | + | NASTC, 613 Bakertown Road, Antioch, TN 37013-2657 |
| 22052513 | + | National Enterprise Solutions, 29125 Solon Road, Solon, OH 44139-3442 |
| 22052518 | + | Ohio Public Utilities Commission, 180 East Broad Street, Columbus, OH 43215-3763 |
| 22052519 | + | PrePass, PO Box 932588, Atlanta, GA 31193-2588 |
| 22052520 | + | Republic Services, 11563 Mosteller Road, Cincinnati, OH 45241-1831 |
| 22052525 | + | SSP Law Co., LLC, 2623 Erie Ave, Cincinnati, OH 45208-2001 |
| 22052543 | | Wex Bank, 111East Sego Lily Dr #250, Sandy, UT 84070 |
| 22052497 | + | eCapital Freight Factoring Inc., 20807 Biscayne Blvd #203, Miami, FL 33180-1410 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QEKFIELD.COM | Jun 17 2026 22:47:00 | Eileen K Field, 3991 Hamilton Middletown Road, Unit U, Hamilton, OH 45011-6224 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 17 2026 19:02:00 | American Express National Bank, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: bankruptcy@centralbank.com | Jun 17 2026 19:02:00 | Central Bank & Trust Co., 300 West Vine Street, Lexington, KY 40507-1666 |
| 22052484 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2026 18:59:23 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 22052485 | + | Email/Text: documents@apellesnow.com | Jun 17 2026 19:02:00 | Apelles LLC, Po Box 1578, Middletown, OH 45042-7395 |
| 22052486 | + | EDI: OHIOAG | Jun 17 2026 22:46:00 | Attorney General of Ohio, Collections Enforcement Attn: BNK Staff, 150 E. Gay St., 21st Floor, Columbus, OH 43215-3191 |
| 22052487 | + | EDI: CITICORP | Jun 17 2026 22:46:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 22052491 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jun 17 2026 19:02:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |

District/off: 0648-3                                      User: admin                                              Page 2 of 4

Date Rcvd: Jun 17, 2026                                  Form ID: 318                                             Total Noticed: 64

| | | | |
|---|---|---|---|
| 22052490 | + EDI: CAPITALONE.COM | Jun 17 2026 22:46:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 22052492 | + Email/Text: bankruptcy@centralbank.com | Jun 17 2026 19:02:00 | Central Bank & Trust, 300 West Vine Street, PO Box 1360, Lexington, KY 40588-1360 |
| 22052493 | Email/Text: Bk@c2cfsi.com | Jun 17 2026 19:02:00 | Coast to Coast Financial Solutions, P.O. Box 2086, Thousand Oaks, CA 91358-2086 |
| 22052494 | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Jun 17 2026 19:01:00 | Department of Treasury, Bureau of the Fiscal Services, PO Box 830794, Birmingham, AL 35283-0794 |
| 22052495 | + EDI: DISCOVER | Jun 17 2026 22:46:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 22052498 | + Email/Text: FFBBANKRUPTCY@BANKATFIRST.COM | Jun 17 2026 19:01:00 | First Financial Bank, 225 Pictoria Dr, Cincinnati, OH 45246-1617 |
| 22052504 | ^ MEBN | Jun 17 2026 18:56:32 | Greenberg, Grant & Richards, PO Box 571811, Houston, TX 77257-1811 |
| 22052503 | ^ MEBN | Jun 17 2026 18:56:32 | Greenberg, Grant & Richards, 5858 Westheimer Road, #500, Houston, TX 77057-5645 |
| 22052505 | EDI: IRS.COM | Jun 17 2026 22:46:00 | Internal Revenue Service, Insolvency, Group 1, 550 Main St., Rm. 3525, Cincinnati, OH 45202 |
| 22052508 | Email/Text: SMail@jbllc.com | Jun 17 2026 19:01:00 | Javitch Block, 1100 Superior Ave 19th Fl, Cleveland, OH 44114-2521 |
| 22052509 | + EDI: JPMORGANCHASE | Jun 17 2026 22:46:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 22098347 | + Email/Text: kellis@bbfr.law | Jun 17 2026 19:01:00 | Jason R. Burke, Blackwell, Burke, Fowler & Rossow, P.C., 101 West Ohio Street, Suite 1700, Indianapolis, IN 46204-4201 |
| 22052510 | Email/Text: bknotice@makpc.com | Jun 17 2026 19:01:00 | Mark A. Kirkorsky P.C., 1119W. Southern Ave Ste 200, Mesa, AZ 85210 |
| 22052511 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2026 19:02:00 | Midland Credit Management, 8875 Aero Drive Suite 200, San Diego, CA 92123-2255 |
| 22052515 | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Jun 17 2026 19:01:00 | Ohio Bureau of Workers Compensation, 30 W. Spring St., PO Box 15567, Columbus, OH 43215 |
| 22052517 | Email/Text: uibankruptcy@jfs.ohio.gov | Jun 17 2026 19:02:00 | Ohio Dept. of Job and Family Services, Collections Section, P.O. Box 182404, Columbus, OH 43218-2404 |
| 22052514 | + EDI: OHIOAG | Jun 17 2026 22:46:00 | Ohio Attorney General, Collection Enforcement, Attn: Bankruptcy, 30 East Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 22052516 | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jun 17 2026 19:02:00 | Ohio Department of Taxation, ATTN: Bankruptcy Division, P.O. Box 530, Columbus, OH 43266-0030 |
| 22052521 | + Email/Text: Bankruptcy@redfcu.org | Jun 17 2026 19:01:00 | Rural King/Redstone Federal Credit Union, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 22052523 | + Email/Text: bankruptcynotices@sba.gov | Jun 17 2026 19:02:00 | SBA, PO Box 740192, Atlanta, GA 30374-0192 |
| 22052522 | + Email/Text: bankruptcynotices@sba.gov | Jun 17 2026 19:01:00 | SBA, PO Box 3918, Portland, OR 97208-3918 |
| 22052524 | + Email/Text: bankruptcynotices@sba.gov | Jun 17 2026 19:00:00 | SBA, 409 Third Street SW, Washington, DC 20416-0005 |
| 22052527 | + EDI: SYNC | Jun 17 2026 22:46:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 22052528 | + EDI: SYNC | Jun 17 2026 22:46:00 | SYNCB/Value City, PO Box 965036, Orlando, FL 32896-5036 |

District/off: 0648-3      User: admin      Page 3 of 4

Date Rcvd: Jun 17, 2026      Form ID: 318      Total Noticed: 64

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 22052526 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jun 17 2026 19:02:00 | State of Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 22052529 | + | EDI: CITICORP | Jun 17 2026 22:46:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 22098348 | ^ | MEBN | Jun 17 2026 18:55:38 | The Huntington National Bank, Jason R. Burke, Blackwell, Burke, Fowler & Rossow, P.C., 101 West Ohio Street, Suite 1700, Indianapolis, IN 46204-4201 |
| 22052531 | + | Email/Text: bankruptcy@huntington.com | Jun 17 2026 19:02:00 | The Huntington National Bank, PO Box 182232 GW1W34, Columbus, OH 43218-2232 |
| 22052530 | + | Email/Text: bankruptcy@huntington.com | Jun 17 2026 19:02:00 | The Huntington National Bank, Dayton Commercial Lending, PO Box 341470 - NC1W25, Columbus, OH 43234-1470 |
| 22052532 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 17 2026 19:02:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 22052533 | | Email/Text: USAOHS.ECFCinBank@usdoj.gov | Jun 17 2026 19:01:00 | U.S. Attorney for the S.D. of Ohio, 221 East 4th St, Suite 400, Cincinnati, OH 45202 |
| 22052537 | + | Email/Text: usaohs.ecfdaybank@usdoj.gov | Jun 17 2026 19:02:00 | US Attorney General, 200 W. 2nd St., Dayton, OH 45402-1443 |
| 22052538 | ^ | MEBN | Jun 17 2026 18:54:54 | US Attorney General, Justice Dept.-Tax Division, PO Box 55, Washington, DC 20044-0055 |
| 22052539 | | EDI: USBANKARS.COM | Jun 17 2026 22:46:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 22052540 | + | Email/Text: bankruptcynotices@sba.gov | Jun 17 2026 19:00:00 | US Small Business Administration, 409 3rd Street SW, Washington, DC 20416-0005 |
| 22052541 | + | Email/Text: bankruptcynotices@sba.gov | Jun 17 2026 19:01:00 | US Small Business Adminitration, Office of Disaster Assistance, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 22052534 | + | Email/Text: BAN5620@UCBINC.COM | Jun 17 2026 19:00:00 | United Collection Bureau Inc, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 22052535 | + | Email/Text: usaohs.ecfdaybank@usdoj.gov | Jun 17 2026 19:02:00 | United States Attorney General, 200 W 2nd Street, Dayton, OH 45402-1443 |
| 22052536 | ^ | MEBN | Jun 17 2026 18:55:57 | United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009 |
| 22052542 | + | EDI: VERIZONCOMB.COM | Jun 17 2026 22:46:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 22052544 | + | Email/Text: bkfilings@zwickerpc.com | Jun 17 2026 19:02:00 | Zwicker & Associates, 4511 Rockside Road, Suite 210, Independence, OH 44131-2157 |
| 22052496 | | Email/Text: Aldora@opendate.com | Jun 17 2026 19:00:00 | eCapital Freight Factoring Corp, PO Box 206773, Dallas, TX 75320-6773 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22052506 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 22052507 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 22052502 | ##+ | Golden Trucking Service LLC, 4360 Taylorsville Rd, Dayton, OH 45424-2436 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0648-3                    User: admin                              Page 4 of 4

Date Rcvd: Jun 17, 2026                 Form ID: 318                       Total Noticed: 64

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Day) | USTPRegion09.CB.ECF@usdoj.gov |
| Eileen K Field | eileenfield.trustee@fuse.net  efield@ecf.axosfs.com |
| Paul T Saba | on behalf of Creditor Central Bank & Trust Co. pts@sspfirm.com  eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Wayne P Novick | on behalf of Debtor Manjit Kaur Sandhu gratefullawyer2@gmail.com gratefullawyerecf@gmail.com;novickwr74397@notify.bestcase.com |

TOTAL: 4